# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**CERTIFIED COPY**
A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

## FINAL JUDGMENT

March 31, 2016

Before:   JOEL M. FLAUM, Circuit Judge
KENNETH F. RIPPLE, Circuit Judge
JAMES D. PETERSON, District Court Judge*

| No. 15-1963 | SEAN ROBERTS and STEVEN HILL<br>Plaintiffs - Appellants<br><br>v.<br><br>CITY OF CHICAGO,<br>Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:14-cv-02840<br>Northern District of Illinois, Eastern Division<br>District Judge Charles P. Kocoras ||

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

*Of the Western District of Wisconsin, sitting by designation.

form name: **c7_FinalJudgment**(form ID: **132**)